AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__north___ [es] istrict of __carolina___

_____ )
cc )
**Plaintiff(s)** )
)
v. ) Civil Action No. 9:19-cv-967-HMH-BM
)
Charleston [illegible], Shosiff-al cannos (cpl) )
Captain Carter, Chap.ain t.Smalls )
_____ )
**Defendant(s)** )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cpt. Carter, Chaplain Terrance Smalls
3841 Leeds Avenue
North Charleston,
SC 29405

Charleston County
100 Broad Street, Suite 381
Charleston, SC 29401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shannon Maurice Smith, Jr.
1569752
Hill-Finklea Detention Center
300 California Avenue
Moncks Corner, SC 29461

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: __06/11/2019__

s/ E. Graham

*Signature of Clerk or Deputy Clerk*